9995.   CASE-FOWLER LUMBER CO. *v.* GOOD ROADS MACHINERY CO.

LUKE, J.   This case has been in this court before. 21 *Ga. App.* 717 (94 S. E. 901). The law of the case as to the merits of the pleadings was then settled. The case was tried by a jury and the issues were fully and fairly submitted. There was no reversible error in the rulings on the admissibility of evidence. The charge of the court as a whole was full and fair. The evidence authorized the verdict, which has the approval of the trial judge; and for no complaint and error assigned should the judgment overruling the motion for a new trial be reversed.
    *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
            DECIDED JUNE 12, 1919.

Complaint; from Bibb superior court—Judge Mathews.   July 9, 1918.

*Hardeman, Jones, Park & Johnston, Harry S. Strozier,* for plaintiff in error.   *P. B. D'Orr,* contra.